UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br>vs.<br>Jonathan Damian-Hernandez<br><br>         Defendant. | Case No. 19-cr-3179-AJB<br><br>JUDGMENT OF DISMISSAL<br><br>FILED<br>OCT 1 8 2019<br>CLERK, U S DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>BY        DEPUTY |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☒ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☐ the Court has granted the motion of the Government for dismissal, without prejudice; or

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense(s) as charged in the Indictment/Information:

8:1326(a), (b) - Removed Alien Found in the United States (Felony)

Dated: 10/18/19

Hon. Mitchell D. Dembin
United States District Judge